**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenny Hassiba-Fikke,<br><br>    Plaintiff,<br><br>vs.<br><br>Stephen L. Fickett and Robert P. Wienmann,<br><br>    Defendants. | No. CV 04-1894 PHX-DGC<br><br>**ORDER** |

On November 23, 2005, the Court entered an order providing Plaintiff 20 days to submit additional evidence showing that her father made the written promise required by 8 U.S.C. § 1409(a)(3). The Court explained that unless Plaintiff produced such evidence, Defendants would be entitled to judgment as a matter of law. *See* Doc. #33.

Plaintiff has submitted no additional evidence. In the absence of additional evidence, the Court concludes that Plaintiff has failed to satisfy the statutory requirement of § 1409(a)(3), that there is no issue for trial, and that Defendants therefore are entitled to judgment as a matter of law.

**IT IS HEREBY ORDERED:**

1. For the reasons set forth in this Order and Doc. #33, judgment as a matter of law is entered in favor of Defendants.

2. The Clerk is directed to terminate this case.

DATED this 24th day of January, 2006.

---
David G. Campbell
United States District Judge

- 2 -